

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2016

No. 04-16-00014-CR

Robert Adrian **RENDON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR11270
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The reporter's record was originally due April 18, 2016, but was not filed. On April 21, 2016, this court notified the court reporter that the reporter's record was late. Our notice required the reporter to file the record no later than May 23, 2016, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case the reporter was required to file a notice so advising the court no later than May 1, 2016. The court reporter responded to our notice on May 6, 2016, by stating that the record was not filed because her health and other duties precluded her from working on the record. The reporter requested an extension until June 30, 2016 to file the record.

Accordingly, we **GRANT** the requested extension and **ORDER** the reporter to file the reporter's record on or before **June 30, 2016**. **The reporter is advised that no further extensions of time to file the brief will be granted absent written proof of extraordinary circumstances.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2016.



Keith E. Hottle
Clerk of Court